**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1584**

SHI WEI GUO,

        Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: November 20, 2014    Decided: December 5, 2014

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Shi Wei Guo, Petitioner Pro Se. Tracie Nicole Jones, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shi Wei Guo, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal of the Immigration Judge's decision denying his request for asylum.[*] We have thoroughly reviewed the record, including the relevant exhibits and the transcript of Guo's merits hearing. We conclude that the record evidence does not compel a ruling contrary to that of the agency, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the agency's decision. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Guo (B.I.A. Dec. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

---

[*] On appeal, Guo does not challenge the agency's denial of withholding of removal or protection under the Convention Against Torture.